441 A.2d 767

Commonwealth v. Johnson, Appellant.

Petition for Allowance of Appeal Denied April 4, 1982.

Submitted April 16, 1980.   Louis R. Dadowski, for appellant;  Charles W. Johns, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, BROSKY and MONTGOMERY, JJ.

Judgment of sentence affirmed.